**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| BERTIN CHAGOYA GOMEZ, | : | Case No. 1:26-cv-206 |
| Petitioner, | : | |
| vs. | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ACTING DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, Detroit Field Office, Immigration and Customs Enforcement, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

Petitioner, Bertin Chagoya Gomez, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The Clerk is **DIRECTED** to (1) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file notices of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than March 9, 2026.

**IT IS SO ORDERED.**

February 27, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge